IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy:   Patricia Glover            Date: March 21, 2013
Court Reporter:     Kara Spitler

Civil/Criminal Action No.  12-cv-00325-RBJ-MJW

*Parties*:                                              *Counsel*:

JULIE FARLEY, on behalf of herself and                  Brian Gonzales
all similarly situated persons,                         Peter Winebrake

      Plaintiff,

v.

FAMILY DOLLAR STORES, INC.;                             Joshua Kirkpatrick
FAMILY DOLLAR STORES OF                                 Joel Cohn
COLORADO, INC.,                                         William Allen

      Defendants.

### COURTROOM MINUTES

**MOTION HEARING**

**Court in session:**     1:32  pm

Appearances of counsel.

The Court addresses Plaintiff's Motion to Certify Class (**Doc. #28**)

Argument by counsel Winebrake and Cohn.

**3:16 p.m.       Court in recess**
**3:50 p.m.       Court in session**

For the reasons and findings as stated on the record, it is;

**ORDERED:**   Plaintiff's Motion to Certify Class (**Doc. #28**) is **GRANTED.**   A telephonic

status conference will be held on **Wednesday April 24, 2013 at 1:15 p.m. MDT.**

**Court in recess:**     4:20 p.m.

Hearing concluded.

Total time:     02:14