IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00325-RM-MJW

JULIE FARLEY, on behalf of herself and all similarly situated persons,

Plaintiff,

v.

FAMILY DOLLAR STORES, INC., and
FAMILY DOLLAR STORES OF COLORADO, INC.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for an Amended Scheduling Order (Docket No. 55) is GRANTED. The Amended Scheduling Order, as amended in paragraphs 10(a), 10(b), and 11(b), is approved and made an order of the court.

Date: May 9, 2013