**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Case No. 12-cv-00325-RM-MJW

JULIE FARLEY, on behalf of herself and all similarly situated persons,
    Plaintiff,

v.

FAMILY DOLLAR STORES, INC., and
FAMILY DOLLAR STORES OF COLORADO, INC.,

    Defendants.

---

**ORDER RE**
**JOINT MOTION FOR APPROVAL OF CLASS NOTICE CONTENT AND PROCESS**
**AND PROPOSED NOTICE OF CLASS ACTION LAWSUIT (ECF NO. 62)**

---

THIS MATTER comes before the Court on the parties' Joint Motion for Approval of Class Notice Content and Process (ECF No. 62) ("Joint Motion") with attached Proposed Notice of Class Action Lawsuit (ECF No. 62, Attachment #1) ("Proposed Notice"). By Minute Order dated May 31, 2013, the Court advised the parties it had revised the Proposed Notice and ordered the parties to provide any objections or other response ("Response") to the revised Proposed Notice by Friday, June 7, 2013, 12:00 p.m. Mountain Time. No Response was filed by any party. Accordingly, it is

ORDERED that the *process, including the timing for notice,* for class notice as set forth in the Joint Motion (ECF No. 62) is APPROVED; and it is further

2

ORDERED that the Proposed Notice of Class Action Lawsuit attached as Exhibit 1 to the Minute Order (ECF No. 64) is hereby APPROVED.

DATED this 10th day of June, 2013.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge