IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00325-RM-MJW

JULIE FARLEY, on behalf of herself and all similarly situated persons,

   Plaintiff,

v.

FAMILY DOLLAR STORES, INC. and FAMILY DOLLAR STORES OF COLORADO, INC.,

   Defendants

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS WITH REGARD TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [Docket #77]**

Plaintiff respectfully requests the Court's leave to file a thirty page response to Defendant's *Motion for Summary Judgment* (the "Motion"). This case is a class action involving several hundred class members and, to date, the parties have generated thousands of pages of produced documents and taken numerous depositions. As a result, and as demonstrated by Defendants' seven page factual statement, the factual and legal questions addressed in the Motion are complex such that Plaintiff cannot respond adequately in the twenty pages typically allotted. Therefore, Plaintiff respectfully requests an additional ten pages for her response. Defendants do not oppose this request.

   WHEREFORE, Plaintiff respectfully requests leave to file a thirty page response to the Motion.

RESPECTFULLY SUBMITTED this 25th day of February, 2014.

                                        *s/Brian D. Gonzales*

Brian D. Gonzales
THE LAW OFFICES OF
BRIAN D. GONZALES, PLLC
123 North College Avenue, Suite 200
Fort Collins, Colorado  80524
Telephone: (970) 212-4665
Facsimile: (303) 539-9812
BGonzales@ColoradoWageLaw.com

Pete Winebrake
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, Pennsylvania  19025
Telephone: (215) 884-2491
Facsimile: (215) 884-2492
PWinebrake@WinebrakeLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on February 25, 2014, the foregoing **UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS WITH REGARD TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was served electronically on the following:

    Joshua B. Kirkpatrick, Esq.
    Kalisha Salome Chorba, Esq.
    LITTLER MENDELSON, P.C.
    1900 Sixteenth Street, Suite 800
    Denver, Colorado 80202
    JKirkpatrick@Littler.com

                                        *s/Brian D. Gonzales*