IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00325-RM-MJW

JULIE FARLEY, on behalf of herself and all similarly situated persons,

Plaintiff,

v.

FAMILY DOLLAR STORES, INC., and
FAMILY DOLLAR STORES OF COLORADO, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Stay Pending Mediation (docket no. 97) is DENIED. The mere fact that the parties are now seeking mediation at this late date in the litigation is not good cause to stay this case. Nothing prevents the parties from settling this case at anytime.

Date: March 26, 2014