IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00325-RM-MJW

JULIE FARLEY, on behalf of herself and all similarly situated persons,

Plaintiff,

v.

FAMILY DOLLAR STORES, INC., and
FAMILY DOLLAR STORES OF COLORADO, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Post-Pretrial Conference Discovery (Docket No. 119) is GRANTED for good cause shown.  The Amended Scheduling Order (Docket No. 60) is amended insofar as trial witness depositions may proceed during the 60-day period commencing 10 days after defendants have filed their reply in support of their Motion to Decertify (Docket No. 110).

Date: May 15, 2014