## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 12-cv-00325-RM-MJW

JULIE FARLEY, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

FAMILY DOLLAR STORES, INC., and
FAMILY DOLLAR STORES OF COLORADO, INC.,

    Defendants.

___

## ORDER
___

THIS MATTER is before the Court on the parties' Joint Motion for Preliminary Approval of Settlement Agreement (ECF No. 124). On July 15, 2014, a hearing was held on the Joint Motion. The Court has fully considered the Joint Motion, the relevant Court filings, the parties' representations and agreements made during the hearing, and the applicable rules, statutes and case law. Upon consideration of the same and finding sufficient compliance with applicable requirements, and being otherwise fully advised, it is

ORDERED that the parties' Joint Motion for Preliminary Approval of Settlement Agreement (ECF No. 124) is GRANTED; and it is

FURTHER ORDERED that the proposed settlement class is conditionally certified; and it is

FURTHER ORDERED that, as modified during the hearing, the form and manner of notice proposed by the parties (ECF No. 124-2) and the proposed timetable are approved; and it is

FURTHER ORDERED that Plaintiff Farley is appointed settlement class representative and Class Action Administrators, Inc. is appointed settlement administrator; and it is

FURTHER ORDERED that the parties may file their responses to any objections to the settlement within 10 days of the deadline for any class member to opt out or object to the settlement; and it is

FURTHER ORDERED that a Fairness Hearing will be held on October 24, 2014, at 10:00 a.m. in the Alfred A. Arraj United States Courthouse, 901 19th Street, Courtroom A601, Denver, Colorado 80294, to determine whether to grant final approval of the settlement, and to determine any motion for attorney's fees and litigation expenses; and it is

FURTHER ORDERED that this case is stayed as to all deadlines and other matters except for those related to the settlement of this action.

DATED this 21st day of July, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge