**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

---

Courtroom Deputy: Cathy Pearson                 Date:  October 24, 2014
Court Reporter: Tammy Hoffschildt

---

**CASE NO.    12-cv-00325-RM-MJW**

<u>Parties</u>                                          <u>Counsel</u>

JULIE FARLEY, on behalf of herself and all     Brian Gonzales
similarly situated persons,

      Plaintiffs,

v.

FAMILY DOLLAR STORES, INC.,                    Joshua Kirkpatrick
FAMILY DOLLAR STORES OF                        Joel Cohn
COLORADO, INC.,

      Defendants.

---

**COURTROOM MINUTES**

---

**IN-COURT HEARING RE: Joint Motion for Final Approval of Settlement Agreement**

**COURT IN SESSION**:        **9:59 a.m.**

Court calls case. Appearances of counsel.

Discussion held regarding the status of the case and the Joint Motion for Final Approval of Settlement Agreement (Doc. 131, filed 10/15/14).

**ORDERED:**  If Plaintiffs disagree with the settlement represented today, counsel for Plaintiffs is granted leave to file a motion stating the disagreement on or before **October 29, 2014.**

The Court takes the motion under advisement.

**COURT IN RECESS**:      **10:20 a.m.**
**Total in court time**:      **00:21**
**Hearing concluded**